UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00380-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ESEQUIEL ARRIAGA RUIZ, JR., a/k/a Esequiel Ruiz Arriaga, Jr.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Tuesday, January 4, 2011 at 9:00 a.m.**

    Dated: October 29, 2010